IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02778-RPM

JAYME SANFORD and
SANFORD INSURANCE, INC.,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
KEN PHILBRICK and
KEN PHILBRICK AGENCY, INC.,

      Defendants.

_____

ORDER CORRECTING RECORD ON FILING FIRST AMENDED COMPLAINT
_____

      With motions to dismiss pending, the plaintiff submitted a First Amended Complaint and Jury Demand on January 12, 2009. They were entitled to do so under Fed.R.Civ.P. 15(a)(1)(A) because no responsive pleadings had been filed. The Clerk's Office failed to recognize that fact and the first amended complaint was treated as tendered and the plaintiffs' counsel directed to file a motion to amend the complaint. That motion was filed on January 13, 2009. The motion was not necessary and the direction given was incorrect. With apologies to plaintiffs' counsel, it is

      ORDERED that the motion to amend complaint is superfluous and the first amended complaint submitted on January 12, 2009, is recognized as appropriately filed.

      DATED: January 15th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge